**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**


**KELLY RUSS,** *et al.*,

      **Plaintiffs,**

    **v.**
                                    **Civil Action 2:19-cv-5487
                                         Judge Sarah D. Morrison
                                         Magistrate Judge Chelsey M. Vascura**

**TRAVELERS PROPERTY CASUALTY
INSURANCE COMPANY,** *et al.*,

      **Defendants.**


## ORDER

      The Court conducted a telephonic preliminary pretrial conference on May 20, 2020.  All parties were represented by counsel.  Upon agreement of the parties, with the exception of the informal discovery relating to the pending Motion for Approval of Payments (ECF No. 20), all discovery is stayed.  The deadline for Plaintiff's response in opposition is **EXTENDED** to **JUNE 30, 2020**.  If appropriate, following resolution of the pending Motion for Approval of Payments, the parties will file a joint motion requesting a scheduling conference and must attach a renewed Rule 26(f) Report.

      **IT IS SO ORDERED.**


                                        /s/ *Chelsey M. Vascura*
                                        CHELSEY M. VASCURA
                                        UNITED STATES MAGISTRATE JUDGE